UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 16-2778 (DSD/JSM)

VICIE CHRISTINE WILLIAMS,

     Plaintiff,

v.                            ORDER

VERNE MEYERS,

     Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated September 28, 2016. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1.    This matter is **REMANDED** to Hennepin County District Court.

2.    The application to proceed *in forma pauperis* of plaintiff Vicie Christine Williams [Docket No. 2] is DENIED AS MOOT.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 24, 2016

                        s/David S. Doty
                        David S. Doty, Judge
                        United States District Court